IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNA K. AUSTIN**                                                           **PLAINTIFF**

v.                        Case No: 4:22-cv-00300 JM

**MARK GOBER,** *et al.*                                            **DEFENDANTS**

<u>**ORDER**</u>

Plaintiff Donna K. Austin filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on April 1, 2022 (Doc. No. 2). In its initial order to Austin, the Court notified her of her duty to promptly notify the Clerk and the parties of any change in her address; the Court also notified Austin that if any communication from the Court to her is not responded to within 30 days, her case may be dismissed without prejudice. Doc. No. 3.

On August 5, 2022, mail sent to Austin was returned as undeliverable, and the envelope was entered on the docket. *See* Doc. No. 8. The Court entered a text order on August 5, 2022, notifying Austin that mail could not be delivered to her because she was no longer at the address she provided. Doc. No. 9. Austin was directed to provide notice of her current mailing address by no later than thirty days from the entry of the August 5 text order. She was warned that her failure to provide a current mailing address may cause her complaint to be dismissed. A printed version of the text order was sent to her at her last known address. Her mail continues to be returned. *See* Doc. Nos. 10-11.

More than 30 days have passed, and Austin has not complied or otherwise responded to the August 5 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power

to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore ordered that Austin's complaint is dismissed without prejudice.

IT IS SO ORDERED this 20th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE