IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNA K. AUSTIN**                                                                 **PLAINTIFF**

v.                              **Case No: 4:22-cv-00300 JM**

**MARK GOBER,** *et al.*                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 20th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE